UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NATALIE WINTERFIELD,

                        Plaintiff,

            -against-

VOCTORIYA DOSTOVA, et al.,

                      Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2025

**25-CV-03571 (JPO)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On Thursday, October 16, 2025, the Honorable J. Paul Oetken assigned this matter to my docket for settlement. By Friday, October 31, 2025, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      October 17, 2025
               New York, New York